# EXHIBIT B



*United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

## SUMMARY OF THE VIOLATION REPORT

**Date:** July 20, 2020
**Name of Offender:** Jeffrey Wolden DeVore
**Docket No:** 2:05-CR-00202-JSL-1
**Prepared For:** Honorable Judge of the United States District Judge

| | |
|---|---|
| **Date of Original Sentencing:** | April 24, 2006 [Honorable J. Spencer Letts] |
| **Offense(s) of Conviction:** | Count 1, Distribution of Child Pornography [by guilty plea] |
| **Original Sentence:** | Count 1, 60 months Imprisonment, Lifetime Supervised Release |
| **Date Supervision Commenced:** | June 19, 2009 |
| **Date Supervision Expires:** | None |
| **Date Instructed by USPO:** | June 24, 2009 |
| **Date(s) of Prior Revocation(s):** | |
| **Prior Revocation Sentence(s):** | |
| **Financial Obligation(s):** | Special Assessment Paid in Full |
| **Grounds for Petition:** | Other: Modification to the conditions of supervision; |
| **Recommendation:** | Continue on Supervision with the Following Modification(s): Shall not associate with any minor. |
| **Other Issue(s) of Significance:** | |

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

## VIOLATION REPORT

**Date:** July 20, 2020
**Name of Offender:** Jeffrey Wolden DeVore
**Docket No.:** 2:05-CR-00202-JSL-1
**Prepared For:** Honorable Judge of the
United States District Court

The purpose of this report is to recommend Jeffrey Wolden DeVore be cited to appear before the Court for modification to the conditions of supervision.

## COURT HISTORY

On April 24, 2006, after having pleaded guilty to a violation of 18 USC 2252A(a)(2)(B): Distribution of Child Pornography, Mr. DeVore was sentenced by the Honorable J. Spencer Letts to 60 months of imprisonment, to be followed by life term of supervised release. Among the conditions of supervision, Mr. Devore was required to participate in a sex offender treatment program; and not associate with any minors unless the parent/guardian is present and aware of his conviction in the instant offense.

On June 19, 2009, Mr. DeVore completed his custodial sentence and commenced his lifetime term of supervised release.

On June 2, 2010, the Court, modified Mr. DeVore's conditions of supervision to comply the rules and regulations of the Computer Monitoring Program and search and seizure.

On April 18, 2013, Mr. DeVore and the Probation Officer appeared before Judge Letts for an informal hearing in response to questionable images located on various computer devices. No formal Court action was taken against Mr. DeVore.

On October 10, 2019, the Probation Office submitted a letter stating opposition to Mr. DeVore's consideration of requesting early termination from supervision.

Violation Report                                                                July 20, 2020
Name of Offender: Jeffrey Wolden DeVore                              2:05-CR-00202-JSL-1

---

## **ADJUSTMENT UNDER SUPERVISION**

According to Mr. DeVore's initial psychological evaluation, his highest level of sexual interest is towards prepubescent males, followed by adolescent males and finally adult males, pursuant to the Abel Assessment for Sexual Interest (AASI). He was assessed as posing an average risk for sexual recidivism pursuant the Static 99 risk measurement tool. His sexual history includes having sexual contact with a 16-year old boy he met on-line when he was 48 on two different occasions. He is also a past member of the North American May Boy Love Association (NAMBLA) and has admitted to "grooming" two under aged males, having phone sex five or six times with a 15-year old male in the mid-1990's, as well as with a 14-year old male in the late 1990's. In the past, Mr. Devore has admitted to visiting chat rooms intended for minors to chat with them in hopes of meeting them.

On August 6, 2009, Mr. DeVore began sex offender treatment services with our contracted vendor, where he remains a participant. Recent feedback from the treatment provider indicates that although he is actively engaged in treatment, he continues to struggle with the restrictions of probation and following through with the appropriate, agreed upon steps necessary to maintain compliance. The therapist reports continuing to discuss strategies for improved compliance with supervision, as well as treatment-related recommendations regarding healthy sexuality, fantasies, and attraction to minors. Mr. DeVore is reported to continue to be challenged with emotional regulation within the treatment context. Acute risk factors being addressed are deviant sexual interests and sexual preoccupation.

Mr. DeVore has had numerous issues during his term of supervision which have required intervention by the Probation Officer, Treatment Provider, and Court.

On January 31, 2013, the Probation Office conducted a search of Mr. DeVore's residence. During the search, Mr. DeVore's laptop computer, two USB drives and his cell phone were seized for forensic analysis. On March 4, 2013, the forensic analysis revealed at least 18 questionable images of young men, who appeared to be in their mid to late teens, gripping their genitalia with one hand. An image depicting a bald-headed man licking an erect penis. An image depicting a nude, young male, either in his mid to late teens, lying on the sand while resting on his right elbow. Along the top of the image the words "young boys" was visible. Additionally, there were six images depicting nude adult males. Mr. DeVore's cell phone also revealed a picture of male genitalia. When questioned, Mr. DeVore admitted to viewing approximately 100 questionable images. He assumed the males in the images were over the age of 18. He admitted photographing his penis with his cell phone camera. In response, Mr. DeVore was cited to appear before the Court.

Violation Report                                                                                        July 20, 2020
Name of Offender: Jeffrey Wolden DeVore                                              2:05-CR-00202-JSL-1

---

On April 18, 2013 Mr. DeVore and the Probation Officer appeared before Judge Letts. An informal hearing took place in chambers where unhealthy "habits" were discussed. No formal Court action was taken.

In October 2016, Mr. DeVore's laptop was examined. No contraband was found on the device; however, Mr. Devore had accessed numerous images of young men, many who appeared to be younger than 18 years old. In many of the images, the young men were posing provocatively. When questioned about this type of risky behavior, Mr. DeVore stated he used these images for "self-stimulation." This matter was clinically addressed by the treatment provider.

Throughout Mr. DeVore's term of supervision, various high-risk behaviors have been addressed with him including the viewing of questionable images, sexting on his cell phone, association with felons and interactions with minors. In November of 2018, Mr. Devore was confronted and counseled regarding watching a coming of age cartoon on Netflix that had a momentary nude male teen scene.

In February 2019, Mr. DeVore went to a Korean day spa where families with minors can be present; however, he denied any such minors were there at that time. It should be noted Korean day spas are commonly known to have nude areas separated by gender where minor children can be present. Mr. DeVore was advised and agreed not to return to any such location.

In April 2019, the Probation Officer noted that Mr. DeVore took a photo from the internet of a young boy in a speedo bathing suit, copied and pasted the photo and then zoomed in on the crotch area. Spero Psychological Services continues to address Mr. DeVore's attraction to minors and has identified his acute risk factor as sexual preoccupation on numerous occasions.

Within the past year, Mr. DeVore has engaged in various problematic behaviors including addressing a child during a Toastmaster's meeting, associating with a known felon at a Toastmaster's meeting prior to getting permission to do so, and using an unmonitored cellphone in order to reportedly teach the device's owner how to use it. Mr. DeVore routinely engages in risky behavior that often and foreseeably could result in what can be considered violation conduct but that still allows him plausible deniability of intent. Mr. DeVore also tends to act in a way that conforms with his idea, as described by his treatment provider, that "it is better to ask for forgiveness than permission."

Mr. Devore is retired and maintains residence with several adult roommates in Fullerton, California.

Violation Report July 20, 2020
Name of Offender: Jeffrey Wolden DeVore 2:05-CR-00202-JSL-1

---

## **EVALUATION**

On March 12, 2020, Mr. Devore requested clarification from the Probation Officer about his special condition of supervision regarding interacting with minors with the parent/guardian present and aware of his offense of conviction. He expressed feeling awkward with the restriction placed on his association with minors, and not understanding the rationale.

His lack of insight into the risk he poses to minors prompted consideration of this special condition and led to a conclusion that the condition be modified to restrict association with any minor, regardless if the parent is aware of the offense of conviction.

Although Mr. DeVore has participated in sex offender treatment for approximately 11 years, he still demonstrates a lack of internalizing treatment recommendations and the goals of supervised release. His lack of understanding the risk he poses exemplifies the feedback received from the treatment provider that he struggles with the restrictions of probation, as well as behaviorally following through with the appropriate, agreed upon steps necessary to maintain compliance. It shows that he does not acknowledge the risk associated with his attraction to minors.

Mr. DeVore's current special condition prohibits his association with any minor unless parent/guardian is present and aware of his conviction. Although this condition provides some measure of protection to minors, the undersigned officer does not believe it fully address the totality of the risk posed by Mr. DeVore. Compliance with this condition simply requires that the parent/guardian be made aware of the offense of conviction, but does not fully explain the totality of the behavior of the instant offense, his past affiliation with NAMBLA, his lack of implementation of sex offender treatment recommendations, and his continuing to endorse his sexual fantasies of minor males. Without this full disclosure, the parent/guardian is not fully made aware of the risk associated with Mr. DeVore.

At this juncture, it appears that Mr. DeVore does not have any relations with minors or any reason to justify the inherent risk of permitting him to associate with any minor. The recommended language for the modification request is not intended to limit his ability to connect with friends who have minor children but is designed to eliminate him from interacting with any minor.

Violation Report  July 20, 2020
Name of Offender: Jeffrey Wolden DeVore  2:05-CR-00202-JSL-1

---

**RECOMMENDATION**

The proposed modification was offered to Mr. DeVore and counsel in March 2020. They declined to agree to the proposed modification and requested a hearing to contest the need for the modification. The hearing request was delayed due to the Covid 19 pandemic.

It is recommended that Mr. DeVore's term of supervised release be modified to remove condition number 7 on the Judgment order and replaced with the following special condition:

- The offender shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., whom the offender must interact with in order to obtain ordinary and usual commercial services.

                          Respectfully,

                          MICHELLE A. CAREY
Approved by:                Chief Probation & Pretrial Services Officer

 

/S/                                          /S/

CORDALE JOHNSON                 MICHAEL FARRELLY
Supervising U.S. Probation & Pretrial    U. S. Probation & Pretrial Services
Services Officer                           Officer
Telephone No. 714-338-2930        Telephone No. 714-338-2913