# EXHIBIT C

8/5/2020

**Your Honor:**

My name is Joseph Bautista. I live in Pasadena and have known Jeffrey now for almost 15 years. As a Prisoner Visitation and Support volunteer, I first met him at Los Angeles Metropolitan Detention Center in 2005 while he was serving his sentence.

I've stayed in contact with Jeffrey throughout his prison term and since his release. One of the first things we found out about each other is that we both attended Fuller Theological Seminary in Pasadena. Our friendship has grown over the years and now we talk over the phone once a week, every Saturday morning, to catch up. I've invited him to visit me and my family for birthday parties and other special occasions, and he's come to speak at my church and my Sunday night dinner group about his stint in prison and what he's learned about God, acceptance, forgiveness, truth, and courage through his experiences inside and outside of prison. Jeffrey, in turn, has invited me to visit his church and to spend time with him at his home. He also invited my wife and I to participate in a Sex Workshop he and his associate Stephen Pink hosted at their church in Fullerton. We attended and were glad we did: it felt safe and people share honestly with each other about their hopes and fears surrounding sex.

Jeffrey was incarcerated for a little less than five years for a sex-related crime, the distribution of child pornography. Jeffrey and I have talked a lot about his past, what led up to his incarceration, and why he was enticed by child pornography to begin with. I still don't completely understand why Jeffrey was attracted to teenagers in particular, as opposed to men closer to his age or somewhere in between, but when I've asked him directly about this, he's told me that as a teenager he was afraid to come out of the closet and date other young men, and that this was his way    through fantasy    to make up for lost time. As you probably already know, before his incarceration he was also a member of NAMBLA, the North American Man Boy Love Association, an organization that promoted consensual sex between men and boys under the age of 18. To what degree he participated in this group and what he did with them, I don't know.

One of the questions on your mind, perhaps, is whether or not there is a chance that Jeffrey will repeat his crime if left unsupervised. I'm almost certain – in fact, I would bet my life – that he would not again "distribute" pornography. The pornography he shared was solicited by an undercover agent as part of a sting operation meant to entrap him and others.

I think the more pertinent question is whether or not he would use the internet to look at naked teens again.

I can't say for sure    after all, pornography can be tempting and is easier to access nowadays than it ever was – but my guess is that he would not return to teen pornography. Jeffrey has grown as a human being since his arrest and those things he used to keep bottled up inside – his sexuality and more specifically, his homosexuality    have now found ways to express themselves in his writing, his speaking, and his relationships with other men. I can't but help wonder whether or not his past consumption of teenage pornography was the best way his psyche knew how to direct his sexual energy at a time when he was confused, ashamed, and feeling like a scared

**1**                                                                                                          1

teenager in a grown man's body - a scared teenager who wanted sexual communion with other teenagers, but above all wanted to simply be accepted and loved. Again, I can't promise he would never be curious and sneak a peek at some point. But I can say he's a different person. Just the other day I was talking to him and he just seemed happier. I'm guessing that if he does happen to look at pornography in the future, he'll be looking at the same kind of pornography you and I would look at: pictures of nude adults with great, shapely, *fully developed* bodies.

I honestly believe that his desire to look at nude teenagers, with every year that passes by, dries up as he learns more about himself and his sexuality and as he grows in his love, appreciation, and respect for himself and others.

This aspect of loving himself is what I want to focus on here. It is hard for one to love oneself when one is not treated with love. The numerous supervision requirements that Jeffrey has to subject himself to are, to be perfectly frank, demeaning. The fact that he has to submit himself to a lie detector test. The fact that he has to answer questionnaires about whether or not he has masturbated at the sight of a fire. The fact that he has to ask permission to go to his own son's wedding because he is restricted to certain counties in California. The fact that under certain circumstances he has to announce to others that he is, in fact, a sex offender – for example, when he wishes to talk to anyone who is under 18. All these keep him down, they keep him from feeling good about himself. They are unhelpful, counter-productive. They increase shame, not self-confidence; they foster resentment towards society, not a desire to integrate and become a part of it. These numerous (dehumanizing) regulations make it difficult for Jeffrey to move on, to live a normal life. They make him feel as if his time will never be fully served, his supervision itself being a type of lifetime sentence. It's hard enough for him to endure being labeled a Sex Offender for the rest of his life; what's worse is that every act of supervision he is subjected to further embeds into his consciousness the message that he is not a whole and loved human being.

If Jeffrey were to ever look at teen pornography again, my guess is that it would be a momentary lapse – and by momentary, I mean a few minutes at most, and he would be so disgusted and ashamed for having viewed it that he wouldn't look at it again – if ever – for many years.

You have the unenviable position of having to decide, but I trust you will choose both what is good for Jeffrey and what is good for his community. May you see things as I see them: that those two things are indeed one and the same.

**Joseph Bautista**

PS.

One last thing. Jeffrey has been to our house many times with our son J      around. Did you know that when J      was released from the hospital it was Jeffrey who gave us a ride back home? I have never once worried that Jeffrey would act inappropriately towards J      . My wife, who has a history of being sexually abused, and who watches for those types of things, has never seen Jeffrey act inappropriately toward J      And J      has never reported to me that Jeffrey has acted strangely towards him – at least no stranger than adults typically act around children!

**2**

2

August 7, 2020

To Whom It May Concern:

I am writing in support of Jeffrey DeVore for the hearing with the judge to end his term of supervised release.

I met Jeff when we were freshmen in college. We eventually married in our early 20's and lived in St. Louis, Missouri, while he obtained his degree as a Chiropractor. Later we moved to Westminster, California, and had three children together. We remained married for almost 20 years and lived a life devoted to the church as he became a minister, as well as, a Chiropractor. By the time of our divorce, we were living in La Mirada, California. He was an excellent father to our two boys and daughter; and, our marriage was close except for his unresolved issue of being gay. He also provided well for our material needs as a family because I was a stay at home mother. Our children are now stable adults, contributing to society in many wonderful ways. Two are married with children of their own and with excellent careers. One son is currently serving as an officer for the U.S. Navy after earning his Ph.D. in clinical psychology specializing in neuroscience and was recently married.

Although we were married for so long, there was the issue of his attraction to men and especially teenage boys. I knew about this a few months after our marriage but believed that he wanted to change. We had an active sexual relationship so I believed it could be overcome because of our faith as Christians. Jeff was very busy helping others through his Chiropractic practice and in the ministry. We worked hard to provide a stable life for our family. I knew that he obtained pornography at various times but didn't participate in that with him. I didn't like that behavior but continued in the relationship because of the children. He had several affairs with adult men in our 20 years together. We separated in 1994 and divorced in 1996 as he became immersed in the gay lifestyle.

When Jeff committed the offense in 2005, I think he felt he was justified to pursue relationships with minors and had accessibility through the internet. He didn't perceive it as an addiction and thought he would not be caught. He became involved with a group that validated his desires instead of creating healthy relationships with men. He believed he was not hurting anyone in this pursuit.

When Jeff was incarcerated, I visited him several times and provided some assistance when he was released. I have communicated with and seen him many times since his release. I believe that he has worked hard to become rehabilitated through group and individual counseling. He has explained his remorse to me concerning collecting and distributing the images to someone else. Also, I think he understands that his involvement in the group of men "who love boys" was a major mistake. He understands the gravity of this illegal activity and doesn't want to repeat his prison experience again or the pain that he caused our children. I think that will keep him from repeating.

He is still in fairly good health and has been able to manage his MS disease. He participates in groups such as Toastmasters and at a local church. He has several friends who are supportive as well as family members. He has a steady income from pensions and savings from when he was working, along with Social Security and Medicare. He is living in an apartment with several adult roommates currently so has a stable home environment.

I believe he now understands how his desires were not healthy and need to be managed appropriately. He will continue counseling to maintain the growth that he has experienced since his release. I hope that he will be able to have more freedom to travel to visit our children who are no longer in Southern California and his family living in Missouri. Although I don't agree with some of his life choices, I don't think he will participate in illegal activities any longer. I believe he is truly remorseful over his prior involvement. Also, being released from the lifetime supervision may help him to develop more fully appropriate friendships that will hold him accountable.

Sincerely,

Vicki DeVore

4

To Whom it May Concern,                                                                August 3, 2020

I first met Jeffrey DeVore in 1973 when he married my older half-sister, Vicki DeVore. I was twelve years old, and Jeffrey was twenty-two. During the ensuing 46 years, I have remained close to and a part of Jeffrey's life, even after he and my sister divorced in the 1990's. From the beginning and continuing now, Jeffrey took the role in my life of being the older brother I never had in my biological family. Through all of that time, I have seen that the overall theme and motivation in Jeffrey's life is to help other people through life. He has been a loving, caring, and attentive father to his two sons and one daughter, particularly when they were growing up, but continuing into their adult lives as much as his situation allows. I never saw or heard any evidence or indications of inappropriate behavior with any of his children or with anyone else in our extended family. He was drawn to "helping professions" and was successful and fulfilled in being a chiropractor, pastor, and chiropractic instructor. He also played music for others, even putting on shows in senior homes. He was always available to counsel others in need, including me and many other extended family members, such as when my father died unexpectedly, when my other half-sister's husband died, and helping my husband and I better understand some difficult issues in our relationship. Even since Jeffrey's conviction in 2005, he has continued to make helping others the central theme of his life. He taught his fellow inmates reading and other life skills while he was incarcerated and entertained them with his piano-playing skills in wide-ranging genres. After his release, he became involved in Toastmasters, eventually preparing and presenting workshops for other members and providing group leadership. He is actively involved in a church where he assists with programs. He has helped greatly with my 88-year-old mother (his former step-mother-in-law) for the past few years, but especially recently as she has developed dementia. She now lives in an assisted living facility in Orange County, and he frequently visits her and takes her for outings. She specifically chose Jeffrey to be her "local" contact for the facility and to be listed on her Health Care Directive since I (as the closest immediate family member) live nearly 500 miles away in the Bay Area, because she trusts him so much to take care of her needs and look out for her interests.

Jeffrey committed his offense in 2005 at a time when he was drifting further away from me and other family members after his marriage with my sister ended. As he was struggling to define his life, he explored new aspects of himself and did not involve our family in his thinking as much as he had before. My life was very busy at the time with raising children and running a business with my husband, so I had less contact with him then than previously or since. When I heard about his offense, I immediately recognized Jeffrey's lifelong instinct to help others in action, but I was saddened by his taking it in such an obviously inappropriate direction. From my long knowledge of Jeffrey, I do not believe that he intended to harm anyone or to commit a crime. I do believe that he had drifted far enough away from his former life situations that he was not fully aware of how far from acceptable and legal behavior his mind had taken him. He

5

was too trusting and naïve to realize that he should not have even been at the event where his crime occurred, much less that the person he thought he was helping was actually looking for criminal behavior. Had I known then that this was where his thinking was heading, I would have steered him away from attending such events and thinking that acting, even in small ways, on being attracted to boys was acceptable behavior. I believe that he would have listened to me then, as he does now when he asks me for advice. Jeffrey now regularly seeks and acts on advice of those he is close to and trusts.

Jeffrey has taken and continues to take conscious steps to prevent committing a similar or any other crimes in the future. He is very serious about not getting into similar circumstances or committing any crimes again, as he has experienced very directly and deeply the negative consequences on himself and his family. He clearly sees his wrong thinking which led him to his offense. Therefore, he is focusing on cultivating healthy adult relationships and avoiding triggers to wrong-minded thinking by avoiding locations where minors congregate or spending time with minors, even family members. For example, at an important family event in 2010, he purposefully, yet discreetly, avoided talking with or being near my then 15-year-old son so that he would not be triggered into being attracted to him. I think this wise thinking is akin to a former alcoholic avoiding bars and liquor stores. While he is now much less susceptible to such triggers and is more aware of how they affect him than he was 9 years ago, it has become his normal habit to avoid such interactions whenever possible and to be very aware of his mind's activities when it is unavoidable.

Jeffrey's plans for the future involve continuing his helping nature in service of individuals and society. He wants to continue to improve his speaking skills through Toastmasters so that he can more effectively present and create useful workshops to help others. He is active in his church and is often asked to share his piano-playing skills for the enjoyment of others at church. He is eager to continue developing and increasing his self-awareness and self-understanding. He plans to do this through continued mental health treatment as well as reading and attending workshops. He has retired from full-time employment, but he is secure enough financially to be able to support himself and his activities. Although he has a long-term diagnosis of MS, the condition is stable and he is managing it well though appropriate self-care such as yoga, working out at the gym, and a healthy diet as well as being under the regular care of a physician. He is feeling more positively energetic now than he has for many years. He has stable, close, and productive adult relationships with several family members and friends made through church and Toastmasters.

I strongly recommend that Jeffrey's lifetime term of supervised release be terminated early for two reasons. First, he has dramatically changed his life views and activities in a positive way since his conviction. He has undergone and continues to pursue increased self-understanding, which has shown him where he took wrong turns which led to his offense. He has taken steps to prevent these or other wrong turns from occurring again by being much more aware

of his motivations and their connections to his actions. He feels and demonstrates significant remorse for his offense. Second, I believe that Jeffrey still has many positive contributions to make to individuals and society, but that he is hindered in doing so by the terms of supervised release. For example, he has created an effective and well-received stress management workshop through his involvement with Toastmasters, yet the travel restrictions imposed by supervised release prevents him from being able to present this workshop to as broad an audience as possible and thus to help as many people as possible. While the counseling provided through supervised release has been helpful in the development of his self-understanding, he wants to and could increase the depth, breadth, and speed of that development if he could choose the most suitable mental health professional for his particular situation and personality rather than relying on a provider assigned by the courts. Lastly, the feeling of being watched over and having never-ending "punishment" is limiting his self-esteem and creativity, both of which are essential for fully contributing to society in the positive ways he has planned and is capable of. I have full confidence that Jeffrey would continue to avoid unacceptable or criminal behavior even if he was not being supervised.

Sincerely,

Suzanne M. Schafer

Suzanne M. Schafer

896 Sutro Avenue
Novato, CA 94947

7

Wednesday, August 05, 2020

To Whom it May Concern,

I am writing to provide my perspective on my father, Jeffrey DeVore, and my support for early termination of his supervised release. I am fully aware of all charges brought against my father and the sentencing he received in 2005. What he did was wrong and he should have been sent to prison for what he did. However, I believe he has now served an appropriate sentence and paid his debt to society.

I believe the offense my father committed was due to selfishness and narrow thinking, along with his unaddressed mental health concerns. I feel assured that he now knows what he did was wrong and will not commit similar behaviors in the future. I believe this as I have been party to watching him unravel, through the various counseling and mental health treatments he has received, the issues that contributed to him committing his crime in 2005. He has confronted his demons and has worked hard to overcome them.

Beyond these changes and commitments to growth, he has striven to reintegrate into society, find meaningful work, and give back to others. He has also had enough courage to accept the pain and suffering his crimes caused me and my siblings. My family has had to wrestle with our own feelings of hurt and betrayal due to the choices my father made. I am confident he now understands that his actions impact more than just himself and that he is committed to living the rest of his life in a positive and lawful manner, giving back to his community.

I have had a relationship with my father my entire life and visited him multiple times while he was incarcerated both at the Federal Correction Institute in San Pedro, CA, and at the Metropolitan Detention Center in Los Angeles. I experienced seeing my father in shackles, being continuously monitored, and roomed with severe offenders because his safety was at risk in the

general population. Since being released from prison, I have watched him fight to reintegrate back into society, transitioning from the halfway house into a stable living environment. I have also witnessed the high degree of supervision and monitoring he has undergone, from frequent lie detector tests to continued mental health counseling. Through all of these experiences, my father has persevered and continued to strive to grow and give back to those around him. While in prison, he worked to start a choir group for inmates, as well as a reading club. Upon release, he became actively involved with a church community and support groups to create healthy and productive relationships. He worked hard to adhere to all court mandated rules and regulations while consistently appearing at all required appointments.

Regarding my support for ending his lifetime term of supervised released, I believe my father has paid for his crime and has fully demonstrating his commitment to living an upstanding life and giving back to society. Recently, I had to deal with the issue of my father's parole in a very personal way. I live in Virginia where I am stationed with the Navy and was married on July 20th, 2019, outside of Richmond, VA. My father is an accomplished pianist and my wife and I decided it would be incredible to have him play the piano for our wedding. Following protocol, my father submitted his request to attend our wedding to his parole officer and the state of VA months ahead of time. However, it was not until 8 days prior to the wedding that we received word that he was permitted to enter the state of Virginia. This was incredibly stressful for me and my wife. To not know if my father could attend my wedding, all because of red tape paperwork regarding his parole, was infuriating. Frustratingly, this is not the only time my father has run into his parole causing severe restrictions on his life. I have watched as he has had to adjust his life and attitude to both helpful and horrible parole officers. Not only are watching these

Wednesday, August 05, 2020

situations awful for me, but my father has Multiple Sclerosis and dealing with stressors such as this has been associated with increased health declines.

More than anything, I believe my father is ready to move past the mistakes he made in 2005 and live the remaining years he has alive as a full member of society. I have had very difficult conversations with him about what he did and have asked challenging questions. He has shown me, over the past 10 years, that he is committed to living a good life and serving his community. He will continue to be involved with his church and wants to find creative ways to give back, whether through self-help workshops or through groups that help the homeless. He has also expressed to me how deeply he regrets what he did and how he will ensure nothing like that ever happens again. He is fully aware the impact it had on me, as his son, and has stated that he will continue to seek the mental health services and support he needs to maintain continued wellness. Overall, I believe my father has more than served his debt to society and has proven he deserves a second chance. With my job as an active duty Naval Officer, I will be stationed Nationally and Internationally and I want the children I hope to have someday to be able to have a relationship with their grandfather. I fully support and request that Jeffrey DeVore receive early termination of supervised release to allow him and my family the opportunity to share the remaining years he has left together.

Very Respectfully,

LT Benjamin B. DeVore, PhD.

MSC USN

Natalie Cohen
Deputy Federal Public Defender
321 East Second Street
Los Angeles, CA 90012-4202

August 5, 2020

To Whom It May Concern,

My name is Ken Mulroney and I have lived in the Southern California area for 42 years. As of August 1st I moved and now live in West Jordan, Utah. I was a police officer with the City of Gardena, CA for 17 years, and a police officer with the City of El Segundo for 10 years, which I retired from. I was an instructor and taught Legal/Law and Forensics at Savanna H. S. through the North Orange County Regional Occupational Program for 7 years. I am a Viet Nam veteran and served in the United States Marine Corps from Sept of 1972 until Sept of 1976. I am a member of the Church of Jesus Christ of Latter Day Saints and served in many callings including Bishop. Why am I telling you all of this?

I am informing you of my past because everything that I am or I have done is a total opposite of everything that Jeff DeVore is or does. Yet we somehow have become very good friends. We truly are "The Odd Couple" (comedy show on TV in the 70's) when it comes to talking about whom we are and our relationship as friends. Our friendship has been ongoing since the year 2010. Even though I have moved out of the state of California, Jeff and I continue to communicate on a regular basis.

At one time I was an actor but gave it up to teach acting. I rented an office space in a building in Anaheim and called my studio, "The Actors Training Studio." I was thinking of ways to incorporate my acting skills into presentations to members of businesses that have to talk in front of the public but are afraid to do so. I came across an ad for a personal life coach convention and it was asking for new members. I attended the meeting thinking that I could make some connections. After the meeting, Jeff approached me and wanted to trade life coaching time for acting time. Jeff wanted to improve his life coaching techniques by becoming more in touch with his personal feelings. I agreed and we met once a week in my studio.

During our weekly meetings we had to change the day, the time and the place several times due to personal schedules and other conflicts. This lead to weekly meetings for breakfast, every Tuesday, where we would sit and talk for hours. We became good friends and our talks focused on our personal lives. Jeff and I are brutally honest with each other and we are not afraid to give constructive criticism when asked for. When Jeff felt comfortable with me he informed me of his arrest, conviction, sentencing and punishment to register as a sex offender regarding child pornography.

We have had many conversations about his childhood and how it has affected him. We have talked about his family and how they have kept an emotional arms distance from him due to his arrest. We have talked about so called friends that once they found out about his sex registration status they cut him off. Jeff was asked to leave and never come back from a story group when he told a story about his life changing ordeal. Whenever Jeff has had a challenging week he would bring it up at our breakfast meeting and run it past me for an unbiased opinion. Jeff is always looking for a take away, "What is it that you can take away from your conversation, meeting, or class that will improve your life?" I have learned a lot from Jeff about giving people value that you come in contact with.

Jeff told me about his being a board member at a local church in Santa Ana. One time he told me that the church fed the homeless two times a month. Jeff wanted to do more for them and we brain stormed many ideas. We came up with providing spiritual guidance after they ate lunch. We created a program that would help them emotionally and spiritually in an attempt to bring them a sanctuary to rest their burdens. We put the plan into action and several of the homeless would come inside to listen to us give them words of encouragement. At the end of the session we would give them a useful gift in order to help with their daily struggles. One example would be the strap on head flashlights so their hands could be free to read or perform a task. All of the giveaway gifts were purchased with our own money and did not receive any compensation for it.

A local movie theater donated movie passes. When we announced the workshop during the mealtime, we would say, "All who complete the workshop will receive a free movie pass." We gladly helped many homeless people and in some cases, their children, attend a free movie.

One occasion we had them write letters to their mothers for Mother's Day and we asked that they give the letter to their mother. One person said he can't because she was dead, another said he didn't know where she was. They wrote their letters and we shared our thoughts with each other about our mothers. One gentleman had us in tears when he wrote for the first time that he loved her and how much he needed her. We made a positive impact on several homeless men and women.

**11**

However because of the church's insurance policy regarding Jeff's status he had to relocate to another church and our program came to a grinding halt. Jeff is still pitching the program to influential people that he comes in contact with and they are interested until Jeff, voluntarily, informs them of his record. It's a shame that a valuable program, that helps the homeless, is dumped because of a dark cloud that hangs over Jeff's head. I hope that you can imagine yourself in this situation. Hundreds and Thousands of people are blessed to have the jobs that they are currently working in. Providing for their families, their future and enjoying life. Think of something you did in your past. If you informed your employer, at the time you were being interviewed, of this poor judgement decision, and they told you they will not hire you, where would you be now?

Why Jeff committed his crime can in part be contributed to the way he was raised as a child and how he was treated by his brother and sisters. This is not the only reason that could explain his behavior, there were many more aggravating circumstances involved. Maybe there were some ways that he would view the world or a situation he was in from the stand point of that little child. The child that was neglected and forced to stay inside to play by himself. The only contact he had was with a house maid, who was distant towards Jeff. As he grew older, he developed as a normal male should physically, but mentally he was struggling with abandonment issues, gender issues and relationship issues. Jeff basically raised himself with minor guidance from his parents and very little support from his siblings. This is no excuse for what he did and Jeff will be the first one to tell you this. He has stood up and accepted responsibility for his actions, regardless of his reasons.

With his childhood placed to one side, I would like to address why Jeff should be released from his lifetime term of supervision. The laws of our land seek to bring about justice and fairness to all who are involved. The punishments are issued and served to bring the criminal an understanding of what they did and to go to prison to be rehabilitated so they won't commit another crime. Justice is blind so it cannot be biased, unfair towards one person over another, render proper decisions regarding the laws of the land and to keep the general public safe from harm. Justice is viewed as being blind during prosecution and then it stops there. Society has either forgotten, overlooked or just plain does not consider that justice is also blind when it comes time for forgiveness, repentance, and rehabilitation.

I have registered enough sex offenders, as a police officer, to know which ones need to be kept under the court's thumb and which ones, "got it" and moved on to try and live a normal live as a life time sex registrant. Jeff is one of those who "got it" and is trying his best to move on and re-join society as a functioning member, willing to contribute and bring value to one and all. There is only one problem, he is a convicted felon and a sex registrant and society is not allowing Jeff to forget it.

The system is worried about Jeff having gainful employment, is he able to afford an apartment and live the way the system says he can live. Is he involved with the community or religious groups to prove that he is rehabilitated and adjusted to society? Does he feel remorse for what he has done? What is his mental state of mind? Is he going to drool and chase children down the street because there is a full moon and we know what the moon does to crazy people, right?

Jeff was employed at a call center for four years, giving of himself so people could have some hope, until the position ended. He paid for training as an Associate Certified Life Coach. He would like to resume conducting weddings (he is an ordained minister), but for one reason or another his probation officer states he cannot take that job because of his sex registration restrictions. Jeff rents a room because he doesn't have enough money to afford an apartment. Jeff is going through his retirement account in order to eat, pay rent, and maintain a working vehicle. He plans his daily activities as to how much gas it's going to take to conduct his errands. He makes the best of a tough situation and manages to stay one step ahead from poverty.

What are Jeff's plans for the future? Isn't that something that people plan out and set goals for so they can progress and improve their current living status, increase their ability to make money, advance in their career choices, and live their life as they wish because they have choices? If this is true then Jeff doesn't have a future because he can't make those choices. He is supervised and has to have permission as to what he can do, how he can make a living, where he can go, who he can associate with. Society has pigeon-holed an intelligent man with the capability of writing and publishing books. A sensitive and spiritual, man who would give the shirt off of his back to help people. A repentant man who has done all that has been asked of him and then some in order to seek forgiveness and acceptance back into the main stream of society.

Jeff understands that he made a terrible mistake. He understands that he has to do things a certain way because he has a different behavioral pattern to fulfill his sexual desires. Yes Jeff has an attraction to a certain type of male but he has not acted out his desires. Married men have sexual desires to cheat on their wives and view porn showing men cheating and having sex with their daughters, the neighbor's wife, animals and machines. Men are pretending to be casting directors and having females perform all kinds of sex acts and then publish their deceit on the internet for everyone to watch. That's considered normal and acceptable? Why aren't they restricted as to where they can live, who they can contact and what jobs they can have? Shouldn't they be seeing a therapist on a weekly basis?

In the scriptures the Lord tells us that we must forgive everyone seven times seventy. If a man repents and commits the sin no more, the Lord will not remember it come the day of judgement. I think I'm a good judge of character and I know that Jeff DeVore has repented for what he has done, served his time in prison and will not engage in any type of illegal activity against society. If I found out Jeff had a relapse and repeated his crime I would be the first to throw him back into prison.

It is time to reverse some of the draconian laws and punishments imposed on certain individuals in order to be fair, impartial and unbiased.  Doctors aren't needed to see people who are well; they need to see people who are sick. Probation Officers don't need to waste their time and efforts on people who have surpassed the restricted standards and can live a productive life outside the criminal justice system, if it would let them.

Jeff has a Relapse Prevention Plan that outlines how he plans to keep from getting into similar circumstances.  It is thorough, detailed, realistic and he lives it. This plan gives Jeff the successful formula for staying out of trouble. I respectfully request that Jeff DeVore be taken off his life time status as a sex offender and give him the chance to live a normal life again.

Submitted with the highest respect,

*Ken Mulroney*

Minh Tran, MA, LMFT, PhD-student
2459 S. York St., Apt. 302,
Denver, CO 80210

To whom this may concern,

I knew Jeff initially as a volunteer at my former place of employment, a nonprofit agency servicing those who have HIV/AIDS and those at risk for the illness. As a colleague, I knew Jeff to be kind-hearted, intelligent, compassionate, and honest. In working with Jeff at APAIT-Special Service for Groups, I saw how dedicated he was to serving the community and the efforts he took in the creation of social support programs for gay/bi men at risk for HIV/AIDS. Jeff would have been able to help my coworkers and I to conduct outreach and HIV-testing at a local sex club, if only the venue did not play pornography onscreen. That was not approved by his probation officer. It made me sad that such a contribution to the community was not allowed to Jeff due to his probation. I now know Jeff as a friend. As a friend, I know Jeff to be all of the above as well as a man of incredible courage and optimism in the face of incredibly hard circumstances. He is forever at quest for truth, self-discovery, beauty in the arts and sciences, and personal character development. As a psychotherapist/marriage and family therapist, I have exchanged insights with Jeff on the nature of human attraction, love, relationships, mental illness, and spirituality. We have had discussions on ethics and law, philosophy and religion, homophobia, and race relations. I mention all this because I want to portray that I knew Jeff well (from 2013-2017), in deep ways, and through all of which look up to him as a person. His past vocations of being an ordained minister and chiropractor have perhaps helped him in his discipline, which I most admire.

I believe Jeff committed the offense in 2005 because of repressed sexuality. As a gay man myself, I understand what that is like, to not be able to express this very human passion and

draw toward beauty and love. I, however, am 31 years old and grew up in a very different era than Jeff did. It is barely fathomable to me to grow up in the Midwest as a gay man decades ago when LGBT rights were not dared spoken about. To come out late in life, thrown into a community that more than anything else places immense value on youth and beauty, and the temptations provided by the readily available digital age we live in, a human error occurred. I know Jeff during our friendship as an extremely law-abiding citizen and a man who places great values on ethics and consensuality.

I think Jeff shows respect for the law and does not hold any kind of resentment toward the government for having placed him in prison and the continued monitoring. In fact, it is quite surprising to me and something I have asked Jeff about: "Why aren't you angrier for having gone through what you went through?" His answer was simple – "I'm too old to lose any more years due to holding onto anger." This display of self-forgiveness, forgiveness of a system that had placed him under restrictions, his insight, and mindfulness is something, as a mental health clinician, I wildly respect about Jeff. I've seen so many others who suffer and go down a deeper hole due to things like what Jeff has gone through, and for him to reject that path and see the light at the end of the tunnel is the mark of a truly healthy person.

As stated, I know Jeff to be a person of continued self-development and personal growth. During our friendship, I saw Jefferey become a Certified Life Coach, wrote a book, involved himself in volunteer work for church and other charity organizations. He was an active member in two Toastmasters Clubs and served as Vice President of Education in one.  His heart is in giving back to the community. Whether it be feeding the homeless at the shelter or taking a leadership role at a spiritual group, Jefferey demonstrates the ability to occupy his time in the quest for a fulfilling and meaningful life, even in his 60's.

Jeff keeps busy, as I have portrayed above. He is quite open about having committed a felony and he has good friends who hold him accountable to his actions. He welcomes such relationships into his life. This is a man who is deserving of having more of his rights and privileges back because he can continue to contribute so much more so to society until, I believe, he is physically unable to.

Sincerely,
Minh Tran, MA, LMFT, PhD-student

August 4, 2020

August 4, 2020

To Whom It May Concern:

I am writing this letter as a personal friend of Jeff DeVore.

My name is Clayton Johnson, and I currently reside in Henderson, NV. For many years, I was a licensed and practicing chiropractor in Long Beach, Santa Ana, and L.A.

In 2004, I was living in Milwaukee, WI, considering a relocation to southern California. I had no friends in the Los Angeles area, so I reached out to people through social platforms on the internet. Jeff and I met online, and struck up a friendship quickly. When I resolved to move to Long Beach, Jeff offered his home to me for a place to stay during the time of transition when I was looking for an apartment. His level of trust was amazing to me.

Over time, we became great friends. Upon his release from prison, he contacted me again, and we resumed our friendship. He has supported me in my many endeavors. I was pleased to see him complete the required courses and become a life coach. Once he was certified, I became one of his first clients. I was happy to pay him for his services, and he imparted great wisdom and understanding to me for several months. I had weekly phone sessions with him, and he guided me as a coach. His quiet and supportive demeanor makes him a great coach.

As a chiropractor, I was involved with writing reports to attorneys, insurance companies, etc. At times, I was overwhelmed with reports. Because of Jeff's former employment as a chiropractor, he has a tremendous knowledge of medical terminology and a great ability to write reports. On many occasions, I turned to Jeff to assist me in writing and preparing those reports. He did a great job every time, and I happily compensated him for his time and efforts.

I believe that he is unequivocally committed to staying out of legal trouble in the future. He never takes chances with the company he keeps. I invited him to my home one evening for dinner, and as there was a 20 year old young man present, Jeff asked to see his ID. Jeff is very forthcoming about his past to people in my presence, and always takes extra precautions not to do (or even see) anything that would be misconstrued or questioned, and therefore become grounds for revocation of his parole. I know he has had many unscheduled inspections in his home, which (to my knowledge) have gone very well every time. He has told me of several instances when he went to his P.O. to get approval, or an understanding, to do certain things, such as getting an internet capable cellphone.

17

Jeff is involving himself in community activities and social events.  He belongs to two different Toastmaster's clubs in Orange County (one of which I was a member), and actively participates in both club's weekly meetings and area speech contests.  He is very comfortable with himself as a gay man.  He often travels around to places like Long Beach and Los Angeles for different men's gatherings and functions.

His personality and temperament make him a very lovable person.  He is selfless and loyal in every way, quiet and reserved, and yet, often the "leader of the pack."  I am amazed over and over again with his wisdom and knowledge.  I know Jeff values his freedom and his "second chance" and would never jeopardize that.  He "guards" and "protects" his freedom to extreme lengths.  He never associates with a person (or persons) that could be the wrong influence on him.  In the almost 10 years since his release, Jeff has conducted himself very well and, in my opinion, "above board".

I believe that his lifetime term of supervised release can (and should) be terminated at this time.  His behavior has been exemplary since his release from prison, and he holds a great deal of remorse for his actions that put him there.  I truly believe he is a product of true rehabilitation.  He has had stable employment until his health no longer permitted him to, he manages his finances well, and he immerses himself into the proper community and religious groups that help him stay on the "right track".  I know Jeff has family back East, and with his numerous friends in Southern California and elsewhere (me being ranked among them), he has a huge support network.  He enjoys his support groups, and will most likely continue into the future with them to keep himself strong and focused.

I truly believe that Jeff is a rehabilitated member of society, and takes every effort to keep himself from getting into any sort of legal issues in the future.  I respect Jeff a great deal, and have confidence that he will continue to act accordingly, so as to warrant his early termination of supervised parole.

Sincerely,

Clayton L Johnson

**18**

July 15, 2020

To Whom It May Concern,

I have known Jeff Devore since 2016 when I joined the North Tustin Sensational Speakers Club.  Jeff played an important and instrumental role in the success of this advanced Toastmaster nonprofit club, serving as President for two terms, Vice President of Education for 2 terms and Secretary. Our speaking club earned President's Distinguished, the highest honor a club can achieve in the Toastmasters International organization which has about 400,000 members across 143 countries.

During Jeff's presidency, the club achieved the highest recognition on both terms. This speaks to his leadership skills, dedication to our 21+ members' personal growth and respect he has earned from the Executive Team. As one of the Officers in the club, I've come to respect Jeff's sense of humor, professionalism, decision making, and strength in communications.

As an award-winning Director at the Coca-Cola Company with 20 years of leadership experience, an MBA under my belt, a wife, an active community member, and a mother of two, I can sense the quality of a person's character. I would not hesitate to call out untrustworthy characters when I see it.

Through Jeff's open and candid speeches, I've learned a lot about his story. When I first met him, I saw and felt deep sadness, remorse in his eyes. As months and years go by, I have come to care, appreciate and respect Jeff. I consider him a dear friend and colleague.

I believe Jeff's lifetime term of supervised release should be terminated early for 3 primary reasons.

1. While I'm not a psychologist — just a B.A. in psychology from UCI, I believe Jeff's current mental health condition is stable. He exhibits behaviors that are caring, compassionate and kind. His speeches often include topics about mindfulness practice, meditation, emotional intelligence, chiropractic health, his mom, and other topics that are thoroughly researched and presented in a manner that connects emotionally, viscerally, and helps the audience.

2. Through Jeff's hard work, he has secured a stable life, pursuing his screenplay project, a prison journal transcribed into a book for publishing possibly in the future, and speeches for pay that he wants to give. Jeff has the talent, the wisdom, the drive, and the desire to live a full, healthy, and happy life.  He deserves the opportunity to do that.

3. Jeff's active community involvement exceeds many non-supervised folks that I know. He is willing to give his time and energy to support others through education, self-

**19**

improvement and leadership building activities. He has offered seminars at Chapman University at the semi-annual LACE training with participation from over 500 members.

I believe Jeff has spent the past 15 years thinking about what happened in his life, reliving the nightmare, the betrayal, the sin, the remorse and the journey to his recovery.  He has been trying to make things right. He is living and making things right. As his friend, I would like him to move forward and live a normal life. Jeff is a distinguished man, a human being who deserves to live the rest of his life with dignity, honor, and respect.

I urge you to please terminate his lifetime term of supervised release. Thank you for your time and consideration.

Best Regards,


Gisele T. Nguyen
President, North Tustin Sensational Speakers

July 21, 2020

To Whom It May Concern:

I am writing this letter in support of Jeffrey DeVore.  I met Jeff in January of 2015 through a Toastmasters' club that I joined.  For those not familiar with Toastmasters, it's an organization that helps you learn to become a better public speaker.  At that time Jeff was serving as the Vice President of Education for the club.  This meant that as part of his responsibilities Jeff would meet with new members and find out what they were hoping to get out of Toastmasters, and help them chart a path for success.  The first thing that struck me about Jeff was his genuine desire to help me with my journey towards becoming a better speaker.  As I got to know Jeff, I saw him display this same behavior to all of our new members.  I know the supportive environment prevalent at this club was a key reason why I joined.  Looking back, I can see that Jeff played a key role in fostering this encouraging and caring atmosphere.

I became aware that Jeff committed his offense when he chose to talk to me about it at a Toastmaster training event.  During our lunch break he said that he wanted to speak to me about a personal matter.  He started by saying that he does his best to live as truthful of a life as possible, and had something that he felt he needed to share with me.  As you can imagine it came as quite a shock to me when Jeff shared his story as it simply didn't fit with the Jeff that I had known for the past year.  At this time Jeff was serving as President of the club and he felt like he needed to share this information with the club.  A short time later, Jeff gave a presentation to the club and spoke about his offense.  In his speech he not only talked about the crime itself, but also why he thought he had committed the offense.  Giving this speech obviously took a lot of courage as he had no idea how the club would react.  I believe the reaction was favorable because Jeff didn't make excuses for what he did.  Any one listening to Jeff's presentation could tell that here was someone through counseling, self reflection, education, and hard work that had come to understand why he did what he did and was remorseful for his actions.

I believe Jeff's lifetime term of supervised release should be terminated because he is showing through his current actions that he is no longer the same person that he was in 2005 when he committed his offense.  Examples of these actions are his regular attendance at mental health therapy sessions, his willingness to help others through his volunteering with Toastmasters, and the continuing educational opportunities that he has taken advantage of to help him better understand his past behaviors.  From my conversations with Jeff over the past five years coupled with the various speeches that Jeff has presented at Toastmasters, I can also see that Jeff has not only accepted responsibility for his past actions, but now has the tools to ensure that he does not reoffend.  In my opinion, keeping Jeff on lifetime supervision seems to perform little purpose other than to serve as a second punishment for his past offense.


John Christopherson

# The Table
*A Generous, Thoughtful, and Compassionate*
*Faith Community in Orange County*
A Ministry of The Evangelical Lutheran Church in America



August 11, 2020

To Whom It May Concern,

It has been my privilege to know Jeff Devore and to be an advocate for him in regard to his legal status as a registered citizen.  I met Jeff over four years ago, when he became a member of the faith community I serve as Pastor, "The Table."  At that time The Table was a new mission start of the Evangelical Lutheran Church in America.  Jeff has been an integral member of this church,  helping us to continue to grow and to be a positive member in our community.

As a member of The Table Jeff has been a great asset to our community.  He brings many gifts, an honest open seeking heart, and a desire to use his gifts and passion to serve those in need.  Among the gifts that Jeff brings to our community is a seminary education and the ability to help facilitate spirited conversation.  One of the unique things about our new faith community is that we worship around tables engaged in intentional conversation.  Having Jeff present has been a real blessing.  I have found him to not only be well educated but also to be a good listener, a reflective soul, eager to share and to learn from others.  Another gift that Jeff brings to our worship life is that of a talented musician.  Jeff frequently shares his ability to play the piano in worship.  Jeff has also begun serving as the pianist for our sister congregation in Fullerton, First Lutheran Church.  Jeff has also begun a workshop on creativity that he conducts weekly with our homeless neighbors, as well as a variety of workshops that are open to the community.  Jeff is always willing to share his knowledge and experiences with others.  And finally, Jeff is very gracious and practices hospitality.  He often brings people with him to worship who would not otherwise be able to participate in our events because of mobility issues.  Watching Jeff patiently care for these folks has been a blessing and an inspiration to all of us.

As I have stated previously on Jeff's behalf, I am not sure why Jeff committed his offenses in 2005.  However over the years I have known many religious leaders who have struggled with their sexuality while living under the rules and regulations of religious institutions.  I can only imagine what the pressure, the guilt, the fear, and the confusion of living and working in such conditions might be like.  All this obviously got the better of Jeff and he made some terrible decisions.  Jeff does not make excuses, nor will I on his behalf, but I suspect there were reasons.  It is not easy to be a gay man in the church.  Once again, in my conversations with Jeff he makes no excuses for his bad decisions and he does not harbor anger or resentment towards the law. I believe he has accepted the consequences of his mistakes, has learned from them, has sought out and experienced transformation, and is living a new grace filled life.

I believe Jeff desires, and is, a contributing member of society.  His gifts and talents and experiences contribute to the common good.  My personal experience of his willingness to share of time and talent in our faith community has been very positive.  I find him to be very honest, a man of integrity, and someone who wants to move forward and contribute in positive ways.  I value his participation in our faith community.  He is always focused on ways he can use his gifts and talents to make a difference.  He has paid the price for his crime and is ready to move forward, for the betterment of all.

Jeff's plans for the future include continuing to be a member and volunteer at The Table; And to be an educator through public speaking and writing, sharing his own story in ways that will be helpful to others, to help others avoid the mistakes that he has made.  These endeavors, along with other volunteer work and being a friend to those in need, keep Jeff busy and focused on living a positive life.  Jeff owns his past but does not dwell on it in unhealthy ways, rather he is looking for ways to continually redeem his life, and to share the love and grace that has inspired him to love and be gracious to others.

It is my hope that my experience with Jeff, along with others who know Jeff and have experienced him, might be helpful and hopeful in regard to a possible change in his legal status before the court.

Respectfully Submitted,
Greg Ronning

*Rev. Greg Ronning*
*Mission Developer and Pastor*
*The Table*

*(714) 299-0131*
*thetableoc@gmail.com*
*www.thetableoc.com*

August 6 2020

To whom it may concern

**History of Jeff and I**

I have known Jeff since 2013. We met at the Toastmasters weekly meeting in Santa Ana.  Jeff had joined the same club I was a member of. I watched Jeff grow as a speaker and a person at the meeting. His personality and warmth filled every meeting and inevitably we become close friends.

**Jeff's Valuable Personality Traits**

Jeff is supportive mentor and a friend.  He is patient, kind and attentive. He spreads love and promotes forgiveness and self-acceptance. Every speech Jeff delivers is a masterpiece. He is wise and has a lot to share and contribute to the world.

**Jeff's Contributions to Community (to name a few)**

In 2014 I took an officer position with volunteer organization, Toastmasters International. The position required organization of several events. It was overwhelming at times, the amount of work that had to be done and the effort that went into the process. Jeff had volunteered his time and resources to contribute to the success of the events and was a great help by accepting multiple volunteer roles to accommodate the needs of the event.

In 2017 Jeff was my mentor on the leadership project I worked on. He committed to monthly meeting and showed up for four month, provided valuable feedback, shared creative ideas to help me complete my project. Because of his contribution, my project, Division Year End Celebration (80 members accommodation and run by volunteers and sponsored by donors) was a huge success.

I admire Jeff and his outlook of positivity on life and at some point, was interested in signing up my son for his coaching sessions. Unfortunately, due to the supervision, it was not an option and we decided to wait for my son's 18th birthday.

During 2014-2018, Jeff had volunteered and contributed to several project, I had organized and continues to spread love with his outreach to those he needed him. He had helped me with organizing several demonstration meetings to start new clubs in the communities.

Jeff had accepted several officers' positions to be a part of the growing movement promoting effective communication and compassion. He is currently serving as a president of the Toastmasters Club and influencing mind of the members, inspiring them to be their best

This year, Jeff had contributed significantly to my personal life as a close friend I could always talk to and rely on for the advice and support.

**Closing thought**

I am aware of the circumstances that led Jeff being placed on lifetime supervision. I believe that Jeff is a very well-functioning member of society. He is a contributor and a messenger of hope and love to others. He is compassionate and always ready to land a hand. He had taken his life experiences and turned them into lessons we all can learn from and sharing them with all of us. He is an exceptional example of "becoming a better person" and making a difference everywhere he goes. I am honored to call Jeff my friend.

Based on all of the above, I am humbly submitting this letter in support of Jeff's request for removal of the lifetime supervision.

Sincerely,

Anna Shcherbak – Scoby

310-920-0119