UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR05-00202 JSL | Date | August 18, 2020 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Devore | | not | | Cuauhtémoc Ortega; Jelani J. Lindsey | | not | x |

**Proceedings:   (In Chambers) Order DENYING Defendant's Opposed Motion for Early Termination of Supervised Release**

Having read and considered Defendant's Opposed Motion for Early Termination of Supervised Release (dkt. # 63), the Court DENIES the Motion.

**IT IS SO ORDERED.**